# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Chanrany Em

                                                 Chapter 7
                                               Case No. 12-41149 -MSH

                       Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~

## Order To Show Cause

THE DEBTOR IS HEREBY ORDERED TO APPEAR AT A HEARING TO BE HELD ON

    APRIL 26,2012 AT 10AM

    BEFORE THE HONORABLE MELVIN HOFFMAN

AND SHOW CAUSE WHY THE SOCIAL SECURITY NUMBER GIVEN BY THE DEBTOR IN THE ABOVE CASE MATCHES THE SOCIAL SECURITY NUMBER USED BY A DEBTOR WITH A DIFFERENT NAME WHO PREVIOUSLY FILED BANKRUPTCY.

                                                           By the Court,

                                                           Melvin S. Hoffman
                                                           United States Bankruptcy Judge

Dated: April 6, 2012