**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Chanrany Em<br>        Debtor, | Chapter: 7<br>Case No: 12–41149<br>Judge Melvin S. Hoffman |

# ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Declaration Re: Electronic Filing** on **APRIL 6, 2012** with the Court was deficient and/or defective as noted below:

☐   Service (Missing or Insufficient)

☐   Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☑   Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a) **Missing Debtor's Original Signature.**

☐   Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐   Reaffirmation Agreement Cover Sheet.

☐   Real Estate Worksheet.

☐   Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐   Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐   Motion to Amend Plan.

☐   Motion to Approve Stipulation.

☐   Certificate of Conference.

☐   Notice of Amendment to Schedules.

☐   Motion to Amend Schedules.

☐   Adversary Proceeding Cover Sheet.

☐   Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐   ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐   Other

You are hereby **ORDERED** to file the above required documents(s) on or before **APRIL 16, 2012** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ○ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ● United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:4/9/12

By the Court,

Madelyn Bedard
Deputy Clerk
508–770–8918

11 – 10