United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-41149-msh
Chanrany Em                                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4        User: admin            Page 1 of 2            Date Rcvd: Apr 05, 2012
                           Form ID: b9aauto        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2012.
db           +Chanrany Em,   19 Hillside Street,   Lowell, MA 01851-3217
aty          +Todd S. Dion,   Law Office of Todd S. Dion,   574 Central Avenue,   Pawtucket, RI 02861-1956
smg           MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   Boston, MA 02114-9564
smg          +UNITED STATES ATTORNEY,   ONE COURTHOUSE WAY,   SUITE 9200,   BOSTON, MA 02210-3013
18464352     +AHMSI,   4875 Belfort Road,   Jacksonville, FL 32256-6059
18464353     +BSI Financial Services,   PO Box 517,   Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJBALDIGA.COM Apr 05 2012 22:58:00    Joseph H. Baldiga,
               Mirick, O'Connell, DeMallie & Lougee,   1800 West Park Drive,   Suite 400,
               Westborough, MA 01581-3960
smg          +E-mail/Text: duabankruptcy@detma.org Apr 05 2012 23:10:25    Commonwealth of Massachusetts,
               DIV OF UNEMPLOYMENT ASSISTANCE,   ATTN BANKRUPTCY UNIT 5TH FLOOR,   19 STANIFORD STREET,
               Boston, MA 02114-2502
smg           E-mail/Text: born.emily@dol.gov Apr 05 2012 23:10:32    US DEPARTMENT OF LABOR,
               EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,   Boston, MA 02203
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 05 2012 23:07:40    Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
18464357     +EDI: CHASE.COM Apr 05 2012 22:58:00    Chase Visa,   PO Box 15153,   Wilmington, DE 19886-5153
18464355     +EDI: DISCOVER.COM Apr 05 2012 22:58:00    Discover Cardservices,   O Box 3008,
               New Albany, OH 43054-3008
18464356     +E-mail/Text: data_processing@fin-rec.com Apr 05 2012 23:09:54    Financial Recovery Services,
               PO Box 385908,   Minneapolis, MN 55438-5908
18464354      EDI: TDBANKNORTH.COM Apr 05 2012 22:58:00    TD BankNorth,   PO Box 8400,   Lewiston, ME 04243
                                                                                            TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18464380*    +AHMSI,   4875 Belfort Road,   Jacksonville, FL 32256-6059
18464381*    +BSI Financial Services,   PO Box 517,   Titusville, PA 16354-0517
18464385*    +Chase Visa,   PO Box 15153,   Wilmington, DE 19886-5153
18464383*    +Discover Cardservices,   O Box 3008,   New Albany, OH 43054-3008
18464384*    +Financial Recovery Services,   PO Box 385908,   Minneapolis, MN 55438-5908
18464382*    ++TD BANKNORTH NA,   PO Box 9547,   ME 100-39,   PORTLAND ME 04112-9547
               (address filed with court: TD BankNorth,   PO Box 8400,   Lewiston, ME 04243)
                                                                          TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2012**                      **Signature:**   *Joseph Speetjens*

```
District/off: 0101-4          User: admin               Page 2 of 2            Date Rcvd: Apr 05, 2012
                              Form ID: b9aauto          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2012 at the address(es) listed below:
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Todd S. Dion    on behalf of Debtor Chanrany Em toddsdion@msn.com
                                                                          TOTAL: 3

B9A (OFFICIAL FORM B9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                    Case Number **12–41149 msh**

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/29/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chanrany Em
19 Hillside Street
Lowell, MA 01851

| Case Number:<br>12–41149 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx–xx–2806 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Todd S. Dion<br>Law Office of Todd S. Dion<br>574 Central Avenue<br>Pawtucket, RI 02861<br>Telephone number:  401–663–0699 | Bankruptcy Trustee (name and address):<br>Joseph H. Baldiga<br>Mirick, O'Connell, DeMallie & Lougee<br>1800 West Park Drive<br>Suite 400<br>Westborough, MA 01581–3926<br>Telephone number:  508–898–1501 |

## Meeting of Creditors

Date:  **April 26, 2012**                    Time:  **12:00 PM**
Location:  **Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608**

## Presumption of Abuse under 11 U.S.C. § 707(b)
### *See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/25/12**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for Debtor(s) to attend a Financial Management Training approved by the UST:** Sixty days from the first date set for the §341 meeting. Failure to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>Telephone number:  508–770–8900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date:  4/5/12 |

## EXPLANATIONS

FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Debtor(s) Financial Management Training Deadline | The Debtor(s) discharge will not enter if the Debtor(s) fails to attend a financial management training program approved by the US Trustee or if the Debtor(s) attends such training and fails to file a debtor(s) certificate of completion with the U.S. Bankruptcy Court. This training is in addition to the prebankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––