04/16/2012 ALLOWED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
Chanrany Em,                                )
                                            )
            Debtor,                         ) CHAPTER 7
                                            ) CASE NO. 12-41149
                                            )
_____)

**MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS**

I, Todd S. Dion, Esq., as Attorney for Debtor Chanrany Em, in the above referenced case, hereby respectively request a one day extension of time, until April 14, 2012 to file the balance of documents required by the Court with respect to this Debtors petition. This request is due to inability to obtain Debtors signature, as required on certain documents, due to Debtors work schedule, until the morning of April 14, 2012.

Dated:  April 13, 2012

                                        Respectfully Submitted,
                                         _/s/ Todd S. Dion_____
                                        Todd S. Dion, Esq. (BBO #659109)
                                        1319 Cranston Street
                                        Cranston, RI 02920
                                        Telephone: 401-942-9924
                                        Facsimile:  401-942-9925
                                        toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2012, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

                                        _____/s/ Todd S. Dion_ _____ _____
                                        Todd S. Dion, Esq.