UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

Chanrany Em,                                                                  )
                                                                                        )
         Debtor,                                        ) CHAPTER 7
                                                                                        ) CASE NO. 12-bk-41149-MSH
                                                                                        )
_____)

## MOTION TO CONTINUE

Now comes the Debtor Chanrany Em, in the above referenced case and hereby requests a continuance for the Hearing to Show Cause scheduled for April 26, 2012 at 10 a.m.

Dated: April 25, 2012

                                Respectfully Submitted,

                                _/s/ Todd S. Dion_____
                                Todd S. Dion, Esq. (BBO #659109)
                                1319 Cranston Street
                                Cranston, RI 02920
                                Telephone: 401-942-9924
                                Facsimile:  401-942-9925
                                toddsdion@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

_/s/ Todd S. Dion_
Todd S. Dion, Esq.