04/25/2012 DENIED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Chanrany Em,                                              )
                                                                       )
            Debtor,                          ) CHAPTER 7
                                                       ) CASE NO. 12-bk-41149-MSH
                                                       )
_____)

**MOTION TO CONTINUE**

Now comes the Debtor Chanrany Em, in the above referenced case and hereby requests a continuance for the Hearing to Show Cause scheduled for April 26, 2012 at 10 a.m.

Dated: April 25, 2012

                                                            Respectfully Submitted,


                                                            _/s/ Todd S. Dion_____
                                                            Todd S. Dion, Esq. (BBO #659109)
                                                            1319 Cranston Street
                                                            Cranston, RI 02920
                                                            Telephone: 401-942-9924
                                                            Facsimile: 401-942-9925
                                                            toddsdion@msn.com