# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Chanrany Em      **Case Number:** 12-41149   (MSH)    **Ch:** 7

#7 Show Cause Hearing For Debtor To Appear And Show Cause Why The Social Security Number Given By The Debtor Matches The Social Security Number Used By A Debtor With A Different Name Who Previously Filed Bankruptcy.

**COURT ACTION:**

   Show Cause Order    _____ Released    _____ Enforced
_____ Granted    _____ Approved    _____ Moot
_____ Denied    _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained    _____ Overruled
✔ Continued to MAY 17, 2012 AT 10:00 A.M.
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_(signed)_ Melvin S. Hoffman    Dated: 04/26/2012

Melvin S. Hoffman
United States Bankruptcy Judge