# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re ) | |
| Chanrany Em, ) | Case No. 12-41149 MSH |
| Debtor ) | Chapter 7 |

## SHOW CAUSE ORDER

Attorney Todd Dion is hereby ordered to appear at a hearing to be held on **Thursday, May 17, 2012 at 10:00 A.M.** and show cause why sanctions should not be imposed for his failure to appear at the Show Cause hearing scheduled for April 26, 2012.

*Against him*

Dated:    April 26, 2012

Melvin S. Hoffman
United States Bankruptcy Judge