# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Chanrany Em

                       Chapter 7
                       Case No. 12-41149 -MSH

                       Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## Order to Show Cause

The debtor is hereby ordered to appear at a hearing on May 17, 2012 at 10:00 a.m. and show cause why the above case should not be dismissed for failure to fully comply with the Court's order to update.

                       By the Court,

                       _____
                       Melvin S. Hoffman
                       United States Bankruptcy Judge

Dated: May 4, 2012