AO 115
(11/91)

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

## PETITION FOR NAME CHANGE

INSTRUCTIONS TO THE PETITIONER: Under the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990 (§336), an applicant who chooses to have the oath of allegiance administered by a United States district court also can change his or her name by decree of that court. The decree of name change will issue at the same time as the administration of the oath of allegiance, and the certificate of naturalization shall be issued in accordance therewith. If you elect the United States district court ceremony and wish to change your name, please clearly print or type the information requested.

I hereby petition this court to change my name. In support of my petition I truthfully state the following:

(1) My full and correct name is

Last name: PHOCHAITHAI / First Name: AVE

(2) My present place of residence is

45 Wamesit Street Lowell, Ma. ;

(3) My country of birth is _____ CAMBODIA _____ ;

(4) My date of birth is ____ 8/3/63 ____ ;

(5) My INS registration number is ____ A25-055-008 ____ ;

I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

I petition the court to change my name to:

Last name: FM / First name: CHANRANY

12/14/95                                A. Phochaith
Date                                    Signature of Petitioner

### CERTIFICATION OF NAME CHANGE

I certify that the above petition was granted by the court on __SEP 1 9 1996__

SEP 1 9 1996                            ROBERT J. SMITH, JR
Date                                    Clerk

                                        Deborah Lowe
                                        (By) Deputy Clerk