# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Chanrany Em        **Case Number:** 12-41149    (MSH)    **Ch:** 7

#29   Show Cause Hearing For Attorney Todd Dion to Appear And Show Cause Why Sanctions Should Not Be Imposed Against Him For His Failure To Appear At the Show Cause Hearing Scheduled For 4/26/2012

**COURT ACTION:**

Show Cause Order        __✔__ Released        _____ Enforced
_____ Granted        _____ Approved        _____ Moot
_____ Denied        _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained        _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ATTORNEY TODD DION IS SANCTIONED $250.00 TO BE PAID TO CENTRAL MASSACHUSETTS HOUSING ALLIANCE WITHIN TEN (10) DAYS AND FILE A CERTIFICATION WITH THE COURT.

IT IS SO ORDERED:

_____  Dated: 05/17/2012

Melvin S. Hoffman
United States Bankruptcy Judge