# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Chanrany Em     **Case Number:** 12-41149     (MSH)     **Ch:** 7

#7 Show Cause Hearing For Debtor To Appear And Show Cause Why The Social Security Number Given By The Debtor Matches The Social Security Number Used By A Debtor With A Different Name Who Previously Filed Bankruptcy.

**COURT ACTION:**

Show Cause Order     __✔__ Released     _____ Enforced
_____ Granted     _____ Approved     _____ Moot
_____ Denied     _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained     _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____ Dated: 05/17/2012

Melvin S. Hoffman
United States Bankruptcy Judge