# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Chanrany Em                    **Case Number:** 12-41149    (MSH)    **Ch:** 7

#32  Show Cause Hearing Why Case Should Not Be Dismissed For Failure To Fully Comply With The Court's Order To Update.

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | ___✔___ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ALL REMAINING MISSING DOCUMENTS SHALL BE FILED BY MAY 21, 2012.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 05/17/2012

Melvin S. Hoffman
United States Bankruptcy Judge