# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | | |
|---|---|---|
| In re:<br><br>CHANRANY EM<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case No. 12-41149-MSH |

## ORDER ON MOTION FOR RELIEF FROM STAY

At Worcester in said District this 17th day of May, 2012.

The Motion for Relief from the Automatic Stay of U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Mortgage Pass-Through Certificates, Series 2006-3 [# 24] having come before me, due notice having been given, no objection thereto having been filed, and good cause appearing to me therefor, it is hereby ORDERED that U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Mortgage Pass-Through Certificates, Series 2006-3, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 19 Hillside Street, Lowell, MA 01851, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge