AHMSI
4875 Belfort Road
Jacksonville, FL 32256

BSI Financial Services
PO Box 517
Titusville, PA 16354

TD Bank North
PO Box 8400
Lewiston, ME 04243

Discover Cardservices
O Box 3008
New Albany, OH 43054

Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438

Chase Visa
PO Box 15153
Wilmington, DE 19886