## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Chanrany Em

Chapter 7
Case No. 12-41149 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order to Show Cause**

Attorney Todd Dion is hereby ordered to appear at a hearing to be held on

June 21, 2012 at 10:00 a.m.

and show cause why he should not be sanctioned for failing to file a statement of intent and for failing to comply with the Court's order of May 17, 2012 by certifying that he has paid his sanction to the Central Mass Housing Alliance.

By the Court,

_/s/ Melvin S. Hoffman_

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: May 31, 2012