United States Bankruptcy Court
District of Massachusetts

In re:  
Chanrany Em  
    Debtor

Case No. 12-41149-msh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Jun 11, 2012  
　　　　　　　　　　　　　　Form ID: finmngt　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2012.
```
db         +Chanrany Em,    19 Hillside Street,    Lowell, MA 01851-3217
aty        +Todd S. Dion,    Law Office of Todd S. Dion,    574 Central Avenue,    Pawtucket, RI 02861-1956
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 12 2012 01:21:38     Richard King,
             Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                             TOTAL: 1
```

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**　　　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 0101-4           User: admin              Page 2 of 2                   Date Rcvd: Jun 11, 2012
                               Form ID: finmngt         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2012 at the address(es) listed below:
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Peter Andrew Lawton    on behalf of Creditor   U.S. Bank National Association, as Trustee for TBW
Mortgage-Backed Trust Mortgage Pass-Through Certificates, Series 2006-3
squinn@mlg-defaultlaw.com, petelawtonesquire@yahoo.com,yfrails@mlg-defaultlaw.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Todd S. Dion    on behalf of Debtor Chanrany Em toddsdion@msn.com
                                                                                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Chanrany Em<br>          Debtor, | Chapter: 7<br>Case No: 12–41149<br>Judge Melvin S. Hoffman |

### NOTICE OF REQUIREMENT TO FILE A
### STATEMENT OF COMPLETION OF COURSE IN
### PERSONAL FINANCIAL MANAGEMENT
### (OFFICIAL FORM 23)

Notice is hereby given that, subject to limited exceptions, each debtor in a bankruptcy case must complete an approved instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, <u>the debtor(s), or in a joint case, each debtor must complete and file</u> a separate Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.**(Note: If joint debtors, separate certificates must be filed.)**

The debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23, <u>Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management</u>, or the Certificate of Completion itself, must be filed with the court before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 or the Certificate of Completion within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23 or the Certificate of Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Date:6/11/12                                                        By the Court,


                                                                    James M. Lynch
                                                                    Clerk, U.S. Bankruptcy Court


50