UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
Chanrany Em,                              )
                                          )
       Debtor,              )        CHAPTER 7
                                          )        CASE NO. 12-bk-41149-MSH
                                          )
_____)

## CERTIFICATION OF COMPLIANCE WITH SANCTION ORDER

Now comes attorney, Todd S. Dion, for Debtor Chanrany Em, in the above referenced case and hereby certifies that on May 19, 2012, I delivered via regular mail $250.00 to the Central Massachusetts Housing Alliance, as ordered by the Court on May 17, 2012 as document 37 in this case.

Dated:  June 21, 2012

                      Respectfully Submitted,

                      _/s/ Todd S. Dion_____
                      Todd S. Dion, Esq. (BBO #659109)
                      1319 Cranston Street
                      Cranston, RI 02920
                      Telephone: 401-942-9924
                      Facsimile:  401-942-9925
                      toddsdion@msn.com

## CERTIFICATE OF SERVICE

       I hereby certify that on June 21, 2012, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

                _/s/ Todd S. Dion____
                Todd S. Dion, Esq.