# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Chanrany Em    **Case Number:** 12-41149    (MSH)    **Ch:** 7

#47  Show Cause Hearing Why Attorney Todd Dion Should Not Be Sanctioned For Failing To File A Statement Of Intent And For Failing To Comply With The Court's Order of 5/17/2012 By Certifying That He Has Paid His Sanction To The Central Mass Housing Alliance.

**COURT ACTION:**

Show Cause Order    __✔__ Released    _____ Enforced
_____ Granted    _____ Approved    _____ Moot
_____ Denied    _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained    _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____  Dated: 06/21/2012

Melvin S. Hoffman
United States Bankruptcy Judge