# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Chanrany Em

Chapter 7
Case No. 12-41149 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order To Show Cause**

The debtor is hereby ordered to show cause in writing within 14 days of the date of this order why the case should not be closed without the entry of a discharge as the debtor has failed to file a certificate regarding completion of a financial management course.

By the Court,

*[signature: Melvin S. Hoffman]*

_____

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: July 16, 2012