United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 12-41149-msh
Chanrany Em                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4        User: mbd              Page 1 of 2           Date Rcvd: Jul 16, 2012
                            Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2012.
db            +Chanrany Em,   19 Hillside Street,   Lowell, MA 01851-3217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0101-4           User: mbd              Page 2 of 2                Date Rcvd: Jul 16, 2012
                               Form ID: pdf012        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2012 at the address(es) listed below:
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Peter Andrew Lawton    on behalf of Creditor    U.S. Bank National Association, as Trustee for TBW
Mortgage-Backed Trust Mortgage Pass-Through Certificates, Series 2006-3
squinn@mlg-defaultlaw.com, petelawtonesquire@yahoo.com,yfrails@mlg-defaultlaw.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Todd S. Dion    on behalf of Debtor Chanrany Em toddsdion@msn.com
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

Chanrany Em

Chapter 7
Case No. 12-41149 -MSH

Debtor

**Order To Show Cause**

The debtor is hereby ordered to show cause in writing within 14 days of the date of this order why the case should not be closed without the entry of a discharge as the debtor has failed to file a certificate regarding completion of a financial management course.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: July 16, 2012