**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:    Chanrany Em | Chapter: 7 |
|             Debtor, | Case No: 12–41149 |
| | Judge Melvin S. Hoffman |

---

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE WITHOUT A DEBTOR DISCHARGE

It is hererby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a). No certification of attendance at an approved provider of financial management courses having been filed, therefore, pursuant to 11 U.S.C. § 727(a)(11), no discharge has been entered.

Date:8/2/12                                                                                           By the Court,

                                                                                                            <u>Melvin S. Hoffman</u>
                                                                                                            U.S. Bankruptcy Judge