UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

|  |  |
|---|---|
| In re:<br><br>CHANRANY EM<br><br>Debtor | )<br>)<br>)     Chapter 7<br>)<br>)     Case No. 12-41149-MSH<br>)<br>) |

**DECLARATION OF PETER T. DAMORE, SR. IN SUPPORT OF DEBTOR'S
MOTION FOR ENTRY OF DISCHARGE NUNC PRO TUNC TO AUGUST 1, 2012**

I, Peter T. DaMore, Sr. hereby declare as follows:

1. I am the Senior Vice President of Sales with Ross Mortgage Company, a retail mortgage broker based in Westborough, Massachusetts. I have worked in the retail mortgage industry for more than thirty years and have been handling Chanrany Em's application for a home mortgage over the last few months.

2. On or about October 2, 2016 I requested and received a "Merged Infile Credit Report" from Birchwood Credit Services, Inc. for Chanrany Em dated October 13, 2016 (the "Em Credit Report").

3. In the section under "Public Records" the Em Credit Report states that all three major consumer credit reporting agencies (Equifax, Experian, and TransUnion) report that Ms. Em received a Chapter 7 discharge in August 2012. A redacted copy of the page of the Em Credit Report reflecting an August 2012 bankruptcy discharge is attached.

4. Based on various credit factors, and the money Ms. Em has available for a down payment, I determined that a loan insured through the Federal Housing Administration (an FHA loan) provided the most affordable, and only likely, source of funding for Ms. Em's planned purchase of a new home.

5. A key element of this determination was based on my understanding from the Em Credit Report that Ms. Em had obtained a Chapter 7 discharge in 2012. This was critical because, in order for Ms. Em to qualify for an FHA loan, she must meet the underwriting guidelines mandated by the U.S. Department of Housing and Urban Development ("HUD"), and the HUD underwriting guidelines effectively make it impossible for a borrower to qualify for an FHA loan if fewer than two years have elapsed since the date of the discharge of the borrower's bankruptcy.

6. As I got further into the processing of Ms. Em's FHA loan application, however, I discovered that, contrary to what was reported on the Em Credit Report, there is no bankruptcy discharge on Ms. Em's 2012 bankruptcy case docket.

7. I need a copy of Ms. Em's Chapter 7 discharge for my loan file in order to show that she is no longer liable for debts incurred prior to her 2012 bankruptcy.

8. However, a discharge dated in the last two years will not satisfy the underwriting requirements for the FHA loan Ms. Em needs to purchase a home, even if it relates back to a Chapter 7 originally filed in 2012. Only a discharge with a date that reflects on its face that at least two years have elapsed will meet the requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2016

Peter T. DaMore, Sr.

2

| | | | | | |
|---|---|---|---|---|---|
| FILE # | FNMA # | | DATE COMPLETED 10/13/2016 | RQD' BY | PETER DAMORE |
| SEND TO | ROSS MORTGAGE COMPANY, INC. | | DATE ORDERED 10/2/2016 | | |
| | CUST. + | | REPOSITORIES XP/TU/EF | PRPD' BY | |
| | 115 FLANDERS ROAD SUITE 120 | | PRICE $0.00 | LOAN TYPE | |
| | WESTBOROUGH, MA 01581 | | REF. # | | |

PROPERTY ADDRESS

| | APPLICANT | | | CO-APPLICANT | |
|---|---|---|---|---|---|
| APPLICANT | EM, CHANRANY | | CO-APPLICANT | | |
| SOC SEC # | | DOB | SOC SEC # | | DOB |
| MARITAL STATUS | | | DEPENDENTS | | |

PUBLIC RECORDS

| | | |
|---|---|---|
| WORCESTER BK | File Date: 03/12 | Plaintiff: |
| Docket #: 1241149 | Amount: $0 | Action Type: CHAPTER 7 BANKRUPTCY |
| Source: XP/TU/EF | Status Date: 08/12 | Status: DISCHARGED |
| *** -DSP-08/12 | | |

INQUIRIES (LAST 120 DAYS)
*** NONE ***
SOURCE OF INFORMATION

**[Lists Experian, TransUnion and Equifax reports pulled on 10/2/16**

**Redacted due to multiple listings of Social Security Number and date of birth]**

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

BIRCHWOOD CREDIT SERVICES, INC.: 2617 WHITE MOUNTAIN HWY. P.O. BOX 436, NORTH CONWAY, NH 03860 (P) 800-910-0015 (F) 800-785-0017

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify the reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.