01/03/2017 Allowed. No objections filed. The discharge is effective nunc pro tunc to August 1, 2012.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | |
|---|---|
| In re: ) ) ) CHANRANY EM ) ) Debtor ) ) | Chapter 7<br><br>Case No. 12−41149-MSH |

**DEBTOR'S MOTION FOR ENTRY OF
DISCHARGE NUNC PRO TUNC TO AUGUST 1, 2012**

Chanrany Em ("Em") hereby moves, pursuant to 11 U.S.C. §§ 727 and 105(a) for a discharge granted nunc pro tunc to August 1, 2012. In support of this Motion Em submits the *Declaration of Chanrany Em in Support of Debtor's Motion for Entry of Discharge nunc pro tunc to August 1, 2012* ("Em Dec.") and the *Declaration of Peter T. DaMore, Sr. in Support of Debtor's Motion for Entry of Discharge nunc pro tunc to August 1, 2012* ("DaMore Dec."), both filed contemporaneously herewith, and states:

### I. Introduction

1. On March 29, 2012 (the "Petition Date") Em filed a voluntary petition under Chapter 7 of the Bankruptcy Code with this Court.

2. The first date set for the meeting of creditors pursuant to 11 U.S.C. § 341 was April 26, 2012.[1] The deadline for objections to Em's discharge was June 25, 2012. Fed. R. Bankr. P. 4004(a). No objections were filed to Em's discharge at any time before or after the deadline.

---

[1] According to an unnumbered docket entry from the Chapter 7 Trustee dated May 17, 2012, the 341 meeting was actually held on May 16, 2012.